IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLEEN A. PEARCE, an Individual; <br><br> Plaintiff, <br><br> vs. <br><br> WERNER ENTERPRISES, INC., AND a Nebraska Corporation; and DRIVERS MANAGEMENT, LLC, a Delaware Limited Liability Company; <br><br> Defendants. | **8:14CV290** <br><br> **ORDER** |

IT IS ORDERED: The motion to withdraw filed by Henry L. Wiedrich, as counsel of record for Defendants Werner Enterprises, Inc. and Drivers Management, LLC (Filing No. 35), is granted.

Dated this 15th day of December, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge