# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLEEN A. PEARCE, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>WERNER ENTERPRISES, INC., AND a Nebraska Corporation; and DRIVERS MANAGEMENT, LLC, a Delaware Limited Liability Company;<br><br>Defendants. | 8:14CV290<br><br>ORDER |

IT IS ORDERED that Defendants' motion to extend the case progression deadlines, (Filing No. 47), is granted as follows:

1) The deadlines and settings within the court's scheduling order, (Filing No. 30), are stayed pending further order of the court.

2) Within 10 days after the court rules on the pending motion to disqualify, (Filing No. 42), the parties shall contact the chambers of the undersigned magistrate judge to schedule a conference call for setting a new progression schedule.

January 19, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge