IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CHARLEEN A. PEARCE, | |
|---|---|
| Plaintiff, | 8:14-CV-290 |
| vs. | JUDGMENT |
| WERNER ENTERPRISES, INC. and DRIVERS MANAGEMENT, LLC, | |
| Defendants. | |

Upon the parties' Stipulation to Dismiss (filing 57), this matter is dismissed with prejudice, with each party to bear their own fees and costs.

Dated this 27th day of May, 2016.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
United States District Judge